|   |   |
|---|---|
| | Magistrate Judge Brian A. Tsuchida |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ACCOUNTS THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK | CASE NO. MJ20-167<br><br>**ORDER SEALING SEARCH WARRANT AND RELATED MATERIALS**<br><br>**(FILED UNDER SEAL)** |

Based upon the motion of the United States, and the representations made therein, and good cause having been show:

IT IS HEREBY ORDERED that the search warrant, search warrant return, application and affidavits in support of the same, and all attachments in this matter, along with this motion and order, shall be sealed and shall remain sealed until the earliest of the following: (a) two weeks following the appearance of any criminal defendant in the Western District of Washington on a charging document in a matter for which the warrants were issued; (b) two weeks following the closure of the investigation for which the warrants were issued; or (c) sixteen months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of this Order.  Nothing in this Order is intended to create or supersede any other applicable obligation under law.

ORDER TO SEAL - 1
USAO #  2020R00187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED, that on or before the earliest of the dates specified
2  above, the government shall file a motion in which it either (1) provides good cause for a
3  further order of this Court permitting these documents to remain under seal for an
4  additional period of time, or (2) requests an order of this Court to unseal this warrant and
5  all related documents, including the motion and order to seal the same. In the event the
6  government fails to file the motion required by this Order on or before the earliest of the
7  three triggering events, and the Court has not otherwise extended the sealing period
8  following a showing of good cause by the government, the Clerk of Court shall unseal
9  this warrant and all related documents without further order of the Court.

11  IT IS SO ORDERED on 10 date of April, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

16  Presented by:

18  *s/ Marie M. Dalton*
19  MARIE M. DALTON
    Assistant United States Attorney

ORDER TO SEAL - 2
USAO #  2020R00187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970