The Honorable Brian A. Tsuchida

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ACCOUNTS THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK | CASE NO. MJ20-167<br><br>ORDER FOR NONDISCLOSURE<br><br>**(FILED UNDER SEAL)** |
|---|---|

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook Inc., an electronic communication service provider and/or a remote computing service from which a warrant has issued requiring it to produce certain records and information, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving the targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

ORDER FOR NONDISCLOSURE - 1
USAO # 2020R00187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 2705(b) that Facebook shall not disclose the existence of the warrant, or this Order of the Court, to the listed subscriber or to any other person for a period of one year, unless further ordered by the Court, except that Facebook may disclose the warrant to an attorney for Facebook for the purpose of receiving legal advice.

   IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

   DATED this  10  day of April, 2020.

                                    _____
                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge

Presented by:

*s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney

ORDER FOR NONDISCLOSURE - 2
USAO # 2020R00187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970